Tessa R R G C CHILDRESS, a/k/a Tessa Rani Raybourne Gibson Carlisle Childress, filed as Tessa Rani Raybourne Gibson Carlisle Childress, Plaintiff–Appellant,

v.

FIRST CITIZENS BANK, We're On It; Devon Ormson; Ryan Funke; Shaquita, Customer Call Center; Pam Wells; Corey Greene; Briana, Teller on April 8, 2013; Bostick, Teller on April 8, 2013, Defendants–Appellees.

No. 13–1886.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 24, 2013.

Decided: Sept. 26, 2013.

Tessa R R G C Childress, Appellant Pro Se.

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tessa Childress appeals the district court's order dismissing her civil action alleging a violation of the federal Wiretap Act. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Childress' informal brief does not challenge the basis for the district court's disposition, Childress has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*